IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC C. BURGIE                                                                                       PLAINTIFF
ADC #120956

V.                                    NO.  5:06cv00210 JLH-JWC

LARRY NORRIS, et al                                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for injunction and temporary restraining order (docket entry #49) is denied.

IT IS SO ORDERED this 10th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE